UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JUSTIN HUTCHINSON | CIVIL ACTION NO. 24-1532 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| COREY REED, ET AL. | MAGISTRATE JUDGE HORNSBY |

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's Motion to Remand (Record Document 6) is **DENIED**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 10th day of February, 2025.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE